UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FREDERICK L. SMITH, ET AL

    Plaintiffs                      CIVIL ACTION

VERSUS                          NUMBER 14-1011 H (5)

DIAMOND SERVICES CORPORATION,
ET AL

    Defendants

## O R D E R

CONSIDERING THE FOREGOING:

IT IS ORDERED that this action be dismissed as to defendant, McDermott International, Inc., only, with prejudice, and at plaintiff's cost.

New Orleans, Louisiana, this __4th__ day of June, 2014.

                                         _____
                                         JUDGE,
                                         UNITED STATES DISTRICT COURT